**FILED - GR**
January 17, 2024 9:45 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 1/17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAREN M. GREEN,

    Defendant.
_____/

**1:24-cr-6**
**Paul L. Maloney**
**U.S. District Judge**

**MISDEMEANOR INFORMATION**
**(CLASS A)**

The United States Attorney charges:

**(Assault by striking, beating, or wounding)**

On or about June 4, 2023, in Emmet County, in Indian country, on land held in trust by the United States for the use of the Little Traverse Bay Bands of Odawa Indians in the Southern Division of the Western District of Michigan, the defendant,

**KAREN M. GREEN**,

a non-Indian, assaulted by striking, beating, and wounding R.M.S., an Indian.

18 U.S.C. § 113(a)(4)
18 U.S.C. § 1151
18 U.S.C. § 1152

Date: 1/17/24

MARK A. TOTTEN
United States Attorney

JACOB S. METOXEN
Assistant United States Attorney